

# Invoice for Joe Bahgat re: *Rutherlan Enterprises v. Zettler Hardware, et al*.
## Case No. 16-4147

| Date | Matter | Time (hrs) | Description |
|---|---|---|---|
| 11/16/16 | Rutherlan | .75 | review Motion to Strike/Motion to Dismiss, brief review of pleadings, begin drafting opposition |
| 11/17/16 | Rutherlan | .5 | continue drafting opp, research, finalize opp, email correspondence to J. Bahgat |

Billable Rate: $200/hr  
Time: 1.25  
**Balance as of 11/18/2016:** **$250**

***Please remit payment to Avonte Campinha-Bacote at 1176 Crespi Drive, Pacifica, CA 94044**